MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: HEATHER K. McSHAIN (HM-5883)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2696

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
TIA WALKER, as Mother and Natural   :
Guardian of MAHOGANY GREEN,         :    ECF Case
                                    :
                 Plaintiff,         :    07 Civ. 3548 (LAK)
                                    :
       - against -                  :    NOTICE OF MOTION
                                    :
THROGS NECK MULTI CARE, P.C.,       :
GEORGE BERTERO, M.D., LOUIS ROSE,   :
M.D., OUR LADY OF MERCY MEDICAL     :
CENTER, SOUNDVIEW HEALTH CENTER,    :
DAWN DAWSON, M.D., and BHAGWANT     :
GILL, M.D.,                         :
                                    :
                 Defendants.        :
- - - - - - - - - - - - - - - - - -x

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Substitute the United States as Defendant and to Dismiss the Complaint as Against the United States; the Declaration of Heather K. McShain, and accompanying exhibits; the Declaration of Richard Bergeron, and accompanying exhibit, defendants Soundview Health Center ("Soundview") and Dawn Dawson, M.D. ("Dawson"), by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court for an order: (i) substituting the United States as defendant with respect to plaintiff's claims against Soundview and Dawson and, upon

substitution, (ii) dismissing the complaint as against the United States for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, are to be served within 10 business days after service of the moving papers, and reply papers, if any, are to be served within five business days after service of the answering papers.

Dated:   New York, New York
         May 10, 2007

                                MICHAEL J. GARCIAS
                                United States Attorney for the
                                Southern District of New York
                                Attorney for Defendants Soundview
                                Health Center and Dawn Dawson, M.D.

                       By:  **/s/ Heather K McShain**
                                HEATHER K. McSHAIN (HM-5883)
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Telephone: (212) 637-2696

To:   Michael A. Fruhling, Esq.
      GERSOWITZ, LIBO & KOREK, P.C.
      111 Broadway, 12th Floor
      New York, New York 10006
      (212) 385-4410
      Attorneys for Plaintiff

      Michael Kelly, Esq.
      SCHIAVETTI, CORGAN, SOSCIA, DiEDWARDS & NICHOLSON, LLP
      709 Westchester Avenue
      White Plains, New York 10604
      (914) 946-0400
      Attorneys for Defendant George Bertero, M.D.

Suzanne Rapisarda, Esq.
ELLENBERG & RIGBY, LLP
575 Eighth Avenue
New York, New York 10018
(212) 629-8585
Attorneys for Defendants Throgs Neck Multi Care, P.C. and
Louis Rose, M.D.

James S. Makris, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
3 Gannet Drive
White Plains, New York 10604
(914) 323-7000
Attorneys for Defendant Our Lady of Mercy Medical Center

Joan M. Ruddy, Esq.
BARTLETT, MCDONOUGH & ASSOCIATES
81 Main Street, Suite 400
White Plains, New York 10601
(914) 448-0200
Attorneys for Defendant Bhagwant Gill, M.D.

Paul Bonsignore, Esq.
MCMAHON, MARTINE & GALLAGHER
90 Broad Street
New York, New York 10004
(212) 747-1230