MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: HEATHER K. McSHAIN (HM-5883)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2696

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
TIA WALKER, as Mother and Natural   :
Guardian of MAHOGANY GREEN,         :    ECF Case
                                    :
            Plaintiff,              :    07 Civ. 3548 (LAK)
                                    :
         - against -                :    DECLARATION OF
                                    :    HEATHER K. McSHAIN
THROGS NECK MULTI CARE, P.C.,       :
GEORGE BERTERO, M.D., LOUIS ROSE,   :
M.D., OUR LADY OF MERCY MEDICAL     :
CENTER, SOUNDVIEW HEALTH CENTER,    :
DAWN DAWSON, M.D., and BHAGWANT     :
GILL, M.D.,                         :
                                    :
            Defendants.             :
- - - - - - - - - - - - - - - - - -x

   I, Heather K. McShain, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

   1.  I am the Assistant United States Attorney assigned to handle the above case and am fully familiar with all the facts stated herein.  I make this declaration in support of the motion to substitute the United States as defendant in place of defendants Soundview Health Center and Dawn Dawson, M.D., and to dismiss the complaint as against the United States.

   2.  Attached hereto as Exhibit A is a true and correct copy of plaintiff's complaint filed in New York Supreme Court, County of Bronx, Index No. 16771/05, on or about June 15, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of the Notice of Removal filed in this action on May 3, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        May 10, 2007

                                    /s/ Heather K. McShain
                                    HEATHER K. McSHAIN (HM-5883)
                                    Assistant United States Attorney