CERTIFICATE OF SERVICE

    I, Heather K. McShain, an Assistant United States Attorney for the Southern District of New York, hereby certify that on May 10, 2007, I caused a copy of: the Notice of Motion; the Memorandum of Law in Support of Motion to Substitute the United States and to Dismiss the Complaint as Against the United States; the Declaration of Heather K. McShain, and accompanying exhibits; the Declaration of Richard Bergeron, and accompanying exhibit, to be served, by overnight delivery, upon the following:

    Michael A. Fruhling, Esq.
    GERSOWITZ, LIBO & KOREK, P.C.
    111 Broadway, 12th Floor
    New York, New York 10006
    (212) 385-4410
    Attorneys for Plaintiff

    Michael Kelly, Esq.
    SCHIAVETTI, CORGAN, SOSCIA, DiEDWARDS & NICHOLSON, LLP
    709 Westchester Avenue
    White Plains, New York 10604
    (914) 946-0400
    Attorneys for Defendant George Bertero, M.D.

    Suzanne Rapisarda, Esq.
    ELLENBERG & RIGBY, LLP
    575 Eighth Avenue
    New York, New York 10018
    (212) 629-8585
    Attorneys for Defendants Throgs Neck Multi Care, P.C. and
    Louis Rose, M.D.

    James S. Makris, Esq.
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
    3 Gannet Drive
    White Plains, New York 10604
    (914) 323-7000
    Attorneys for Defendant Our Lady of Mercy Medical Center

    Joan M. Ruddy, Esq.
    BARTLETT, MCDONOUGH & ASSOCIATES
    81 Main Street, Suite 400
    White Plains, New York 10601
    (914) 448-0200
    Attorneys for Defendant Bhagwant Gill, M.D.

>   Paul Bonsignore, Esq.
>   MCMAHON, MARTINE & GALLAGHER
>   90 Broad Street
>   New York, New York 10004
>   (212) 747-1230

Dated:   New York, New York
         May 10, 2007

>                           **/s/ Heather K. McShain**
>                           HEATHER K. McSHAIN (HM-5883)
>                           Assistant United States Attorney
>                           Tel.: (212) 637-2696