# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407

Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

MEMO ENDORSED

www.wilsonelser.com

**James S. Makris**
James.Makris@WilsonElser.com

May 22, 2007

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
Room 1310
New York, NY 10007-1312

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/2 7/07

Re:        TIA WALKER, as mother and natural guardian of MAHOGANY GREEN v.
           THROGS NECK MULTICARE, P.C., GEORGE BERTERO, M.D., LOUIS
           ROSE, M.D., OUR LADY OF MERCY MEDICAL CENTER, SOUNDVIEW
           HEALTH CENTER, DAWN DAWSON, M.D. and BHAGWANT GILL, M.D.
           **Fed. D. Ct. Docket No.:        07 Civ. 3548 (LAK)**
           Supreme Court, Bronx County Index  No.: 16771/05
           Our File No.:  25140.00186

Dear Honorable Justice:

        Please be advised this office represents Our Lady of Mercy Medical Center in the above-referenced matter.

        On March 8, 2007, Our Lady of Mercy Medical Center filed a Chapter 11 Petition in the United States Bankruptcy Court for the Southern District of New York (Docket No.: 07-10609-REG). It is our understanding of the Bankruptcy Code §362(a)(1) that when a Petition is filed, it operates to stay all actions against the filing party, in this case, Our Lady of Mercy Medical Center.

        The stay remains in effect, according to our understanding, until it is "lifted" by the Bankruptcy Court.  I am submitting this information to Your Honor for consideration in connection with the Government's Motion to Substitute the United States as a Defendant and to Dismiss the Complaint as against the United States.

        If you have any questions, please do not hesitate to contact this office at (914) 323-7000. Thank you for your attention and consideration in this regard.

Honorable Lewis A. Kaplan
U.S. District Court
May 22, 2007
Page 2

Sincerely,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

James S. Makris

/ra

cc:    Heather K. McShain, Esq.
       Assistant United States Attorney
       U.S. Department of Justice
       Southern District of New York
       86 Chambers Street
       3rd Floor
       New York, NY 10007

       Gersowitz Libo & Korek, P.C.
       111 Broadway, 12th Floor
       New York, New York 10006

       Ellenberg & Rigby, L.L.P.
       575 Eighth Avenue
       16th Floor
       New York, New York 10001

       Schiavetti, Corgan, Soscia, DiEdwards & Nicholson, L.L.P.
       709 Westchester Avenue
       White Plains, New York 10604

       Bartlett, McDonough, Bastone & Monaghan, L.L.P.
       81 Main Street
       White Plains, New York 10601

       McMahon, Martine & Gallagher, L.L.P.
       90 Broad Street
       14th Floor
       New York, New York 10004

*The action is stayed solely as against Our Lady of Mercy Medical center*

SO ORDERED

LEWIS A. KAPLAN, USDJ

5/7/07

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1568770.1