**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/07

-----------------------------------------------------------X
TIA WALKER, as Mother and Natural Guardian of
MAHOGANY GREEN,

                   Plaintiff,

      -against-

THROGS NECK MULTICARE, P.C. et.al.,
                 Defendants.
-----------------------------------------------------------X

07 CIVIL 3548 (LAK)

**JUDGMENT**

      Defendants having moved to substitute the USA as defendant and dismiss plaintiff's claims against them for lack of subject matter jurisdiction, and the matter having come before the Honorable Lewis A Kaplan, United States District Judge, and the Court, on May 31, 2007, having rendered its Order granting defendants' motion to dismiss against Soundview, Dawson and the USA, and there being no just reason for delay for entry of judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 31, 2007, defendants' motion to substitute the USA as a defendant and to dismiss against Soundview, Dawson and the USA is granted and the complaint is dismissed since there is no just reason for delay.

**Dated:** New York, New York
          June 1, 2007

                                    Clerk of Court
                         BY:
                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____